**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Derick Devun HAYNES, Defendant–Appellant.**

**No. 05–10294 Summary Calendar.**

United States Court of Appeals, Fifth Circuit.

Jan. 23, 2007.

Michael Gill, U.S. Attorney's Office, Dallas, TX, for Plaintiff–Appellee.

Jason Douglas Hawkins, Federal Public Defender's Office, Dallas, TX, for Defendant–Appellant.

Before JOLLY, DENNIS, and CLEMENT, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Derick Devun Haynes has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

L.Ed.2d 493 (1967). Haynes has filed a response in which he requests the appointment of new counsel. Our independent review of counsel's brief, the record, and Haynes' response discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2. Haynes' motion for appointment of new counsel is DENIED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.